```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                          LEXINGTON DIVISION
```

IN RE:

DAVID L. PENMAN                                      CASE NO. 05-52071

DEBTOR

J. JAMES ROGAN, TRUSTEE                              PLAINTIFF

v.                                                   ADV. NO. 08-5047

CITIMORTGAGE, INC., et. Al.                          DEFENDANTS

<u>ORDER</u>

A Memorandum Opinion having been separately entered, the Court issues this order. The Trustee's Motion for Leave to File Amended Complaint (DOC 12) is hereby OVERRULED, Defendant CitiMortgage's Motion for Summary Judgment (DOC 15) is hereby SUSTAINED, and this adversary proceeding is hereby DISMISSED.

COPIES TO:

J. James Rogan, Esq.
Nathan L. Swehela, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott*
**Bankruptcy Judge**
**Dated: Tuesday, June 17, 2008**
**(jms)**